IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEVANCE D. PINKINS, #204350,  )  | |
| Plaintiff,  ) | |
| vs.  ) | CIVIL ACTION NO. 2:12cv007-WHA |
| THE STATE OF ALABAMA, et al.,  ) | (WO) |
| Defendants.  ) | |

**ORDER**

This case is before the court on the Order and Recommendation of the Magistrate Judge (Doc. #3), together with the Written Objection of the Plaintiff (Doc. #5).

Upon an independent evaluation and *de novo* review, the court finds the objection to be without merit. The allegations contained in the Complaint do not meet the "imminent danger" exception to application of 28 U.S.C. §1915(g) and, therefore, Plaintiff may not proceed with his Complaint unless and until he first pays the full filing fee. Accordingly, it is hereby ORDERED as follows:

1. The court ADOPTS the Recommendation of the Magistrate Judge.

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay the full filing fee upon initiation of this suit.

DONE this 8th day of March, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE